# Holland & Knight

MEMO ENDORSED

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Katherine A. Skeele
(212) 513-3534
katherine.skeele@hklaw.com

March 9, 2021

*VIA ECF*

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Mayer Fliegman v. Trans Union, LLC, et al.*, Case No.: 7:21-cv-00565(KMK)

Dear Judge Karas:

We are counsel for Defendant Hyundai Capital America, Inc. With the consent of all parties, we respectfully write to request an adjournment of the initial conference currently calendared for March 11, 2021.

Plaintiff has granted Hyundai an extension of time to respond to the Complaint in this action until March 25, 2021. We respectfully suggest, with the agreement of all parties, that the initial conference would be most efficient and effective if held after all parties have joined issue.

This is the first request for an adjournment of this conference.

Respectfully submitted,

HOLLAND & KNIGHT LLP
*Attorneys for Defendant Hyundai Capital America, Inc.*

/s Katherine A. Skeele

By: Katherine A. Skeele

ccjon: All parties (*via ECF*)

Granted. The Court will hold a teleconference on April 15, 2021 at 2:30 pm

SO ORDERED
KENNETH M. KARAS U.S.D.J.
3/10/2021

Anchorage | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Fort Lauderdale | Jacksonville | Lakeland | Los Angeles | Miami
New York | Northern Virginia | Orlando | Portland | San Francisco | Tallahassee | Tampa | Washington, D.C. | West Palm Beach
#82671741_v1